# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

**Case No.:** 2:18-cr-17     **At:** Greeneville     **Date:** June 12, 2018

**U.S.A. vs. ADAM RANDALL FULBRIGHT** [X] Custody

**PROCEEDINGS: Change of Plea.** The defendant was advised of his constitutional rights and of the penalties of the offense charged.

**PRESENT: HONORABLE LEON JORDAN, UNITED STATES DISTRICT JUDGE**

| Leah Cassanego | Debbie Ramey | J. Gregory Bowman |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

Sandra B. Jelovsek
**Attorney for Defendant**

**Others Present:** USMS, CSO

**PROCEEDINGS:**
[X] **Plea Agreement** [404] **filed on** 05/31/2018                      [X] UNSEALED
[X] Defendant is ARRAIGNED and specifically advised of his rights, Rule 11, F.R.C.P.
[X] Court questions Defendant regarding physical and mental condition
[X] Defendant moves to CHANGE PLEA                                          [X] granted
[X] Defendant waives reading of Indictment/Information
[X] Defendant PLEADS guilty to: Counts One of the Indictment
[X] Government moves to dismiss: Remaining Counts as to this defendant at sentencing
[X] Date Set:
   Sentencing: Tuesday, October 2, 2018 at 10:00 a.m.
     Before: Honorable Leon Jordan, United States District Judge

> - Parties must adhere to Local Rules 83.9(C) & 83.9(k)
> - If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

[X] **Defendant remanded to custody of U.S. Marshal**

**Time:** 1:35 p.m. **to** 1:58 p.m.