IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | CASE No. 2:18-cr-17 |
| v. ) | JORDAN/CORKER |
| ) | |
| MICHAEL RYAN GOINS, ) | |
|     Defendant. ) | |

## NOTICE OF ADOPTION OF MOTION TO CONTINUE

Comes the Defendant, Michael Ryan Goins, by and through counsel, gives notice that he adopts the motion to continue trial date and other deadlines filed by co-defendant Samuel Aloisio [Doc. 630].

    Respectfully submitted,

    */s/Randall E. Reagan*
    RANDALL E. REAGAN, BPR No. 005995
    Attorney for Michael Ryan Goins
    P.O. Box 61
    Knoxville, Tennessee 37901
    (865) 637-8505

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    */s/Randall E. Reagan*
    RANDALL E. REAGAN
    Attorney for Michael Ryan Goins