FILED
CLERK'S OFFICE
United States District Court
Eastern District of Tennessee
Date: **Oct 30, 2019, 11:07 am**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                                                )
                                                      )   SO-19-17
REASSIGNMENT OF CASES TO              )
MAGISTRATE JUDGE                            )
CYNTHIA RICHARDSON WYRICK        )

## STANDING ORDER

Pursuant to 28 U.S.C. § 137, it is hereby ordered:

1. Pending criminal cases assigned to Magistrate Judge Dennis H. Inman as the referral judge are REASSIGNED to Magistrate Judge Cynthia Richardson Wyrick, unless otherwise ordered by the Court;

2. Pending Greeneville civil cases assigned to other magistrate judges in the District as the referral judge are REASSIGNED to Magistrate Judge Cynthia Richardson Wyrick as the referral judge, unless otherwise ordered by the Court;

3. Case number 2:16-CV-272, which was previously assigned to another magistrate judge pursuant to 28 U.S.C. § 636(c), is REASSIGNED to Magistrate Judge Cynthia Richardson Wyrick; and

4. Closed cases assigned to Magistrate Judge Clifton L. Corker or to Magistrate Judge Dennis H. Inman in which a motion is filed will be REASSIGNED to Magistrate Judge Cynthia Richardson Wyrick, unless otherwise ordered by the Court.

ENTER:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**